JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BERNABE ANTONIO BENITO; JESUS JIMENEZ MARTINEZ

**(b)** County of Residence of First Listed Plaintiff: San Luis Potosi, Mexico
*(EXCEPT IN U.S. PLAINTIFF CASES)*

Use Page 2 Continuation Sheet to Add More Plaintiffs and/or Defendants
**YOU MUST LIST ALL PARTIES**

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See attachment

## DEFENDANTS
LOWRY FARMS, INC.; MICHAEL CLAYTON LOWRY AKA CLAY LOWRY

County of Residence of First Listed Defendant: Bradley County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

(LABOR) [X] 710 Fair Labor Standards Act

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq.

Brief description of cause:
H-2A workers filing suit against their employers for violations of FLSA and breach of contract.

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: NA
DOCKET NUMBER: NA

DATE: 08/06/2020
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**PAYMENT INFORMATION**
FILING FEE TO BE PAID [X]    APPLYING IFP [ ]

## Attachment to Civil Cover Sheet

ATTORNEYS FOR PLAINTIFFS

James M. Knoepp*
Georgia Bar Number 366241
Norma Ventura*
Georgia Bar Number 941800
Attorneys for Plaintiffs
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031-1287
Telephone: (404) 521-6700
Email: jim.knoepp@splcenter.org
       norma.ventura@splcenter.org

Anne Janet Hernandez Anderson*
Florida Bar Number 18092
Attorney for Plaintiffs
Southern Poverty Law Center
P.O. Box 370037
Miami, FL 33137-0037
Telephone: (786) 810-5673
Email: aj.hernandez@splcenter.org

*Application for admission *pro hac vice* forthcoming