IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BERNABÉ ANTONIO-BENITO, *et al.*                                        PLAINTIFFS

v.                                         Case No. 1:20-cv-01039

LOWRY FARMS, INC., and
MICHAEL CLAYTON LOWRY                                                   DEFENDANTS

# **ORDER**

It appears that Defendants each filed a bankruptcy petition on April 1, 2024, and that all matters in this Court should be stayed pending the disposition of bankruptcy proceedings. ECF Nos. 112, 113.

Generally, when a party files a Chapter 7 or Chapter 13 bankruptcy petition, all proceedings "against the debtor" are subject to an automatic stay. *See* 11 U.S.C. § 362(a). Here, Defendant Lowry Farms, Inc. filed a Chapter 7 bankruptcy petition and Defendant Michael Clayton Lowry filed a Chapter 13 bankruptcy petition. ECF Nos. 112, 113.

Accordingly, **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for entry of any stipulation, or for any other purpose so required to obtain a final determination of the litigation.

**IT IS SO ORDERED**, this 10th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge