IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BERNABÉ ANTONIO-BENITO, *et al.*　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　Case No. 1:20-cv-01039

LOWRY FARMS, INC., and
MICHAEL CLAYTON LOWRY　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw James M. Knoepp as counsel of record. ECF No. 120. No response is necessary.

Plaintiffs inform the Court, through counsel, that James M. Knoepp is no longer with the Southern Poverty Law Center. *Id.* Plaintiffs will continue to be represented by Anne Janet Hernandez Anderson, Norma Ventura, and Scott Daniel McCoy of the Southern Poverty Law Center.

The Court finds good cause for the motion (ECF No. 120), which is hereby **GRANTED**. James M. Knoepp is hereby relieved as counsel of record for Plaintiffs, who will continue to be represented by Anne Janet Hernandez Anderson, Norma Ventura, and Scott Daniel McCoy. The Clerk of Court is **DIRECTED** to remove James M. Knoepp as attorney of record for Plaintiffs and remove him from the list of attorneys who receive notice in this case.

**IT IS SO ORDERED**, this 29th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge